**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FOSTER TOWNSHIP,                           : No. 332 MAL 2020
                                           :
                    Respondent             :
                                           :
                                           : Petition for Allowance of Appeal
                                           : from the Order of the
                    v.                     : Commonwealth Court
                                           :
                                           :
FARIDA B. RAHMAN,                          :
                                           :
                    Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the Petition for Allowance of Appeal and Emergency Motion are **DENIED**.